# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DIANA MCCALL,                )
                             )
    Plaintiff,           )
                             )
v.                           )   Case No. CIV-15-639-D
                             )
CAROLYN W. COLVIN,           )
Acting Commissioner, of the  )
Social Security Administration, )
                             )
    Defendant.           )

## **O R D E R**

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) for judicial review of the Defendant's final decision denying Plaintiff's application for disability insurance benefits under the Social Security Act. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B). The parties filed their respective briefs, and on January 29, 2016, the Magistrate Judge issued her Report and Recommendation [Doc. No. 20] in which she recommended that the Court affirm the Defendant's decision. In her Report and Recommendation, the Magistrate Judge advised the parties of the right to file objections to the same and directed the parties to file any objections no later than February 18, 2016. The Magistrate Judge further admonished the parties that failure to timely object would constitute a waiver of the right to appellate review of the

factual and legal issues addressed in the Report and Recommendation.

The deadline for filing objections has expired and, to date, neither party has filed objections nor sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 20] is **ADOPTED** as though fully set forth herein.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits is **AFFIRMED**.

**IT IS SO ORDERED** this 29th day of February, 2016.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE